EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br><br>Elba Nilsa Villalba Ojeda | 2018 TSPR 174<br><br>201 DPR ____ |

Número del Caso: TS-9,463

Fecha: 15 de octubre de 2018

Abogada de la promovida:

      Por derecho propio

Oficina de Inspección de Notarías:

      Lcdo. Manuel E. Ávila De Jesús
      Director

Materia: La suspensión será efectiva el 25 de octubre de 2018, fecha en que se le notificó a la abogada de su suspensión inmediata del ejercicio de la notaría.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Elba Nilsa Villalba Ojeda

**Núm.** TS-9,463

RESOLUCIÓN

En San Juan, Puerto Rico, a 15 de octubre de 2018.

Evaluada la *Moción notificando incumplimiento de orden y en solicitud de remedios* presentada por el Lcdo. Manuel E. Ávila de Jesús, Director de la Oficina de Inspección de Notarías, se ordena la suspensión inmediata e indefinida de la Lcda. Elba Nilsa Villalba Ojeda del ejercicio de la Notaría. Ello, en atención a su reiterado incumplimiento con su deber de atender los señalamientos de la ODIN y subsanar las faltas en su obra protocolar.

Se le concede a la licenciada Villalba Ojeda un término final e improrrogable de treinta (30) días para subsanar a sus expensas, las faltas señaladas en el Informe presentado el 26 de julio de 2018. Se le apercibe a la licenciada que su incumplimiento con este término podrá acarrear la imposición de sanciones disciplinarias más severas, incluyendo la suspensión del ejercicio de la abogacía.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. El Juez Asociado señor Rivera García no intervino.

Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo